(March 21, 1961)*

■ In the Matter of MORRIS U. GREENBERG (Admitted as MORRIS GREENBERG), an Attorney.—

Concur— Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

FIRST DEPARTMENT, AUGUST, 1961

(August 1, 1961)

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LEONARD ALVAREZ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. LEROY BURTON.—

■ Concur— Breitel, J. P., Rabin, Valente, McNally and Eager. JJ.
■ In the Matter of ALEXANDER M. LAZARO, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York.— Concur— Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

(August 3, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEARL SYMONS, Appellant.— Concur— Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

(August 31, 1961)

In decisions Nos. 1–11 the court is as follows: Concur— Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ In the Matter of WILLIAM C. CHANCE, JR., Respondent, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and ALFRED E. SANTANGELO, Appellant.—

The petitioner-respondent failed to sustain the burden of establishing that the appellant does not maintain a bona fide residence in Manhattan. Upon the record here, therefore, the finding that the respondent-appellant is not a bona fide resident of the Borough of Manhattan is not sustained by the evidence. (See *Matter of Newcomb*, 192 N. Y. 238; *Matter of Jack* v. *Power*, 282 App. Div. 831, affd. 306 N. Y. 555.) Leave to petitioner-respondent to appeal to the Court of Appeals is hereby granted. Motion to dispense with printing granted.

■ In the Matter of AGNES McSTAY, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and CARLOS M. RIOS et al., Respondents.— Order entered August 25, 1961, unani-

* Not published with other decisions of March 21, 1961, 13 A D 2d 480.